Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Katherine A. Tanaka
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Katherine_Tanaka@fd.org

*Attorney for Petitioner Jimmy Escobar Nerio

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jimmy Escobar Nerio,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02010-MMD-NJK

**Order Granting Unopposed Motion for Extension of Time to File First Amended Petition**

**(First Request)**

Petitioner Jimmy Escobar Nerio, through undersigned counsel, requests the Court extend the due date for Mr. Nerio's First Amended Petition by 14 days, from August 5, 2026, up to and including Wednesday, August 19, 2026. This is the first request for an extension of time. Undersigned counsel reached out to counsel for Respondents who does not object to this extension request.

Mr. Nerio has identified some potential factual inaccuracies in his I-213 related to alleged prior convictions in El Salvador. Undersigned counsel needs additional time to look into these issues and potential inaccuracies. Accordingly, undersigned counsel respectfully requests this Court grant the instant Motion for

Extension. This motion is filed in good faith and for good cause—not for purposes of delay, but in the interests of justice.

Dated August 5, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Katherine A. Tanaka*
Katherine A. Tanaka
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge
Dated: August 6, 2026