TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

RUSSELL WEBB
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5069
Russell.Webb@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMY ESCOBAR NERIO,<br><br>Petitioner,<br><br>v.<br><br>JOHN MATTOS, *et al.*<br><br>Respondents. | Case No. 2:26-cv-02010-MMD-NJK<br><br>**Order Granting Joint Stipulation to Extend Federal Respondents' Deadline to File a Response to the First Amended Petition for a Writ of Habeas Corpus (ECF No. 9)**<br><br>**(FIRST REQUEST)** |

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for a six-day extension of time up to and including September 8, 2026, for Federal Respondents to file a Response to the First Amended Petition for a Writ of Habeas Corpus (ECF No. 9). Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's Amended Petition from September 2, 2026, to September 8, 2026. This request is made in good faith and not for the purpose of delay, as understaffing and other factors necessitate the extension.

Respectfully submitted this 2nd day of September 2026.

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Katherine A. Tanaka*
KATHERINE A. TANAKA
Assistant Federal Public Defender
*Attorney for Petitioner*

*/s/ Russell Webb*
RUSSELL WEBB
Assistant United States Attorney
*Attorneys for the Federal Respondents*

IT IS SO ORDERED

DATED this 3rd day of September, 2026.

Miranda M. Du, U.S. District Judge